# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-101-MOC-DCK

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| THE CATO CORPORATION, et al, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Seth L. Hudson, concerning Scott Alan Burroughs on March 11, 2019. Mr. Scott Alan Burroughs seeks to appear as counsel *pro hac vice* for Plaintiff Gold Value International Textile, Inc. d/b/a "Fiesta Fabric". Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Mr. Scott Alan Burroughs is hereby admitted *pro hac vice* to represent Plaintiff Gold Value International Textile, Inc. d/b/a "Fiesta Fabric".

**SO ORDERED**.

Signed: March 11, 2019

David C. Keesler
United States Magistrate Judge